IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00541-REB-KLM

ALAYNA ORDONEZ,
EVAN ORDONEZ, and
ELIJAH ORDONEZ,

      Plaintiffs,

v.

MARRIOT INTERNATIONAL,
HIT SWN TRS, LLC,

      Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court sua sponte. In light of the recent discovery disputes, including the most recent email of June 22, 2021 by counsel, the Court is considering appointment of a Special Master for discovery. A notice regarding the appointment will be forthcoming. Accordingly,

      IT IS HEREBY **ORDERED** that the discovery hearing set on Monday, June 28, 2021, is **VACATED**.

      Dated: June 23, 2021