IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00541-REB-KLM

ALAYNA ORDONEZ,
EVAN ORDONEZ, and
ELIJAH ORDONEZ,

    Plaintiffs,

v.

MARRIOT INTERNATIONAL,
HIT SWN TRS, LLC,

    Defendants.

_____

**ORDER APPOINTING MASTER FOR DISCOVERY**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    THIS MATTER is before the Court on the Notice and Order Regarding Appointment of Master [#103] ("Notice"). Former Chief Justice Nancy E. Rice has provided an affidavit affirming that she is not aware of any ground for disqualification pursuant to 28 U.S.C. § 455. *Aff. of Nancy E. Rice* [#103-1] at 1; Fed. R. Civ. P. 53(b)(3)(A). As required by Fed. R. Civ. P. 53(b)(1), the Court has given the parties notice, *see* [#103], and an opportunity to respond and object. *Id.* No objections have been filed. Accordingly,

    IT IS HEREBY **ORDERED** that, pursuant to Fed. R. Civ. P. 53, Nancy E. Rice is **APPOINTED MASTER** for the purpose of managing and supervising discovery and resolving discovery disputes until further order of this Court.

    IT IS FURTHER **ORDERED** that:

    1. The Master shall convene such hearings or direct the submission of motions and briefs relating to discovery disputes as the Master deems appropriate and shall issue

orders resolving such disputes.

2. The Master shall have the sole discretion to determine the appropriate procedures for resolution of all assigned matters as set forth above and shall have the authority to take all appropriate measures to perform the assigned duties as set forth above. The Master may, by order, impose upon a party any sanction other than contempt and may recommend a contempt sanction against a party and contempt or any other sanction against a non-party.

3. The parties shall not engage in any *ex parte* discussions with the Master and the Master shall not engage in any *ex parte* discussions with any of the parties. The Master may engage in *ex parte* discussions with the undersigned.

4. The parties are no longer obligated to comply with Magistrate Judge Mix's discovery procedures. Unless otherwise ordered by the Master, all discovery disputes shall be addressed by filing the appropriate motion (and subsequent briefing) on the Court's docket. Magistrate Judge Mix will refer appropriate discovery motions filed on the electronic docket to the Master. All filings must comply with the applicable Federal and Local Rules. The parties shall file on the docket all papers filed for consideration by the Master. The Master shall also file on the docket all orders and reports.

5. The discovery disputes previously submitted to the Court via email that remain outstanding shall be converted to motions and filed with the Court. Any such motion shall be filed by **July 23, 2021**. The motions will then be referred to the Master.

6. Any party seeking review of any ruling by the Master shall file objections pursuant to Fed. R. Civ. P. 53(f)(2). All such objections will be resolved by Magistrate Judge Mix.

7. The Master shall be reimbursed by the parties for all reasonable fees and expenses incurred. As to any particular portion of the proceedings necessitated by the conduct of one party, the Master may assess fees and expenses of that portion of the proceedings to the responsible party. It is in the discretion of the Master to allocate the fees and expenses between the parties.

8. The Master shall be paid $425.00 per hour for work done pursuant to this Order. The Master shall bill the parties on a monthly basis for fees and disbursements. Payment to the Master by the parties shall be due upon receipt. The Court may impose sanctions against any party who fails or refuses to pay the fees and expenses assessed by the Master.

IT IS FURTHER **ORDERED** that the Clerk of Court shall give Former Chief Justice Nancy E. Rice of the Judicial Arbiter Group those filing privileges afforded to Special Discovery Masters. *See Notice* [#103].

Dated: July 14, 2021

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge